THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Tyrone R. Simon,       
Appellant.
 
 
 

Appeal From Florence County
B. Hicks Harwell, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-223
Submitted January 29, 2003  Filed March 
 20, 2003   

APPEAL DISMISSED

 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 of Ridgeland; for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney John W. McIntosh; 
 Assistant Deputy Attorney General Charles H. Richardson, of Columbia; Solicitor 
 Edgar Lewis Clements, III, of Florence; for Respondent.
 

PER CURIAM:  On September 18, 2001, Tyrone 
 Simon pled guilty to assault and battery of a high and aggravated nature and 
 was sentenced to ten years imprisonment.  
Simons appellate counsel submitted a petition 
 to be relieved as counsel, stating he has reviewed the record and has concluded 
 Simons appeal is without merit.  The issue raised in counsels brief concerns 
 whether Simons guilty plea complied with the mandates set forth in Boykin 
 v. Alabama, 395 U.S. 238 (1969).  Simon filed a document with the court 
 containing similar arguments.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Simons appeal and 
 grant counsels motion to be relieved. 
 [1] 
 APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and SHULER, 
 JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.